UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUE WANG,<br><br>        Plaintiff,<br><br>    v.<br><br>PUI SZE CHAN, et al.,<br><br>        Defendants. | Case No. 25-cv-00342-NW<br><br>**ORDER TO SHOW CAUSE** |

It has come to the Court's attention that the United States Bankruptcy Court for the Northern District of California issued an Order on October 10, 2025, granting expungement of the *lis pendens* recorded by Defendants on Plaintiff's properties in this District. *In re Jun Qin*, 17-bk-51840-SLJ, ECF No. 61 ("Bankruptcy Order"). The Bankruptcy Court ordered that any *lis pendens* be immediately expunged from official property records. *Id*.

Both parties failed to update the Court with this development.[1] Defendants' recording of *lis pendens* is the basis for Plaintiff's complaint, and the bankruptcy proceeding is at the core of Defendants' arguments in their motion to dismiss. Yet, neither party has explained to this Court what, if any, portion of this case remains in light of the October 10, 2025 Bankruptcy Order.

The parties are ORDERED TO SHOW CAUSE why they failed to update the Court and why this matter should not be dismissed given the Bankruptcy Order. If the parties oppose the order to show cause, by no later than **Tuesday, October 28, 2025**, they must file an opposition and serve it on the opposing party. If either party opposes the dismissal, the party must: provide a

---

[1] The parties vaguely reference the bankruptcy proceedings in their joint case management statement filed today, October 21, 2025. The parties provided no other updates since the Bankruptcy Order was issued.

detailed explanation about why this case should proceed; what is left in this case and the basis for their belief that any remaining issue was not resolved by the Bankruptcy Order; how the Court should handle what appears to be the now-moot motion to dismiss; whether and when the complaint would need to be amended given the Bankruptcy Order; and any other information that is necessary for the Court to consider when evaluating whether to dismiss this matter.

A hearing on the order to show cause is set for **Thursday, November 6, 2025, at 9:00 a.m.** in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. The parties must appear at the hearing in person; no remote appearances are permitted. The Court may determine that this matter is suitable for disposition without oral argument and vacate the hearing, and if so, will inform the parties accordingly.

**IT IS SO ORDERED.**

Dated: October 21, 2025

_____
Noël Wise
United States District Judge