UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUE WANG,

          Plaintiff,

    v.

PUI SZE CHAN, et al.,

          Defendants.

Case No. 25-cv-00342-NW

**ORDER DENYING MOTION TO AMEND**

Re: ECF No. 72

Plaintiff's motion to amend, which the Court construes as a motion for leave to file a motion for reconsideration, is DENIED. ECF No. 72. Plaintiff has failed to demonstrate that "a material difference in fact or law exists from that which was presented to the Court" before the Court's entry of the Order dismissing Plaintiff's complaint for lack of jurisdiction, ECF No. 70. Civ. L.R. 7-9(b). Plaintiff has also failed to show the "emergence of new material facts or a change of law" that has occurred since the Court issued the Order, or that there was "manifest failure by the Court to consider material facts or dispositive legal arguments" presented to the Court before it issued the Order of which Plaintiff now seeks reconsideration. *Id*.

**IT IS SO ORDERED.**

Dated: July 12, 2026

_____
Noël Wise
United States District Judge

United States District Court
Northern District of California